UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jeff C. Rosch

                              Plaintiff,

v.                                                 Case No.: 1:17−cv−06787
                                                Honorable Robert M. Dow Jr.

Bates Water Solutions, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Parties have reached a settlement in principle. Oral motion to dismiss this action without prejudice is granted. If no motion to reinstate is filed on or before 3/14/2018, the dismissal without prejudice will convert to a dismissal with prejudice with no further action required of the Court or the Parties. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.